IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-40088-RDR |
| | ) | |
| SHANNON L. CHAMBERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **FINAL ORDER OF FORFEITURE**

WHEREAS, on April 2, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section, 924(d) and Title 28, United States Code, Section 2461(c), as a result of defendant's plea to Count One of the Indictment filed herein on January 22, 2010, and agreed to forfeit all of his interest in the personal property named in the Forfeiture Allegation of the Indictment.

AND WHEREAS, notice was published on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 20, 2010 and ending on August 18, 2010, of the intent of the United States to dispose of the property in accordance with the law; and, further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no other claims, contested or otherwise, have been filed for any of the property described in this Court's Preliminary Order of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The right, title and interest of all persons to all of the hereinafter described personal property of the above-named defendant is hereby condemned, forfeited to and vested in the United

States of America, and shall be disposed of according to law.

2. The following property is hereby condemned and forfeited to the United States of America, as follows:

    A. Winchester, Model 06, .22 Caliber rifle, serial number 89959; and

    B. Mohawk, Model 1929, .410 gauge shotgun, serial number 16481B.

SO ORDERED this 22nd day of November, 2010.

    s/Richard D. Rogers
    United States District Judge